UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-8566-CIV-RYSKAMP

DAVID M. LEVINE, not individually,
but solely in his capacity as Receiver
for SUNSTATE FX, INC.,

    Plaintiff,

vs.

TRANQUIL OPTIONS, LLC, a
Colorado Limited Liability Company,
PEACEFUL OPTIONS, LLC, a
Colorado Limited Liability Company,
SERENITY OPTIONS, LLC, a
Colorado Limited Liability Company,
and RESERVE FOUNDATION, LLC,
a Colorado Limited Liability Company,

    Defendants.
_____/



CLOSED CASE

FILED by ___ D.C.

MAR - 5 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. W.P.B.

## FINAL JUDGMENT

THIS CAUSE came before the Court upon plaintiff, David M. Levine's, Motion for Final Summary Judgment and Imposition of Constructive Trust and/or Equitable Lien (the "Motion for Final Summary Judgment"), filed on February 9, 2004, against defendants, Reserve Foundation, LLC ("Reserve"), Tranquil Options, LLC ("Tranquil"), Peaceful Options, LLC ("Peaceful"), and Serenity Options, LLC ("Serenity") (collectively, "Defendants"), and this Court's Order Granting Receiver's Motion for Final Summary Judgment and Imposition of Constructive Trust and/or Equitable Lien (the "Summary Judgment Order"). For the reasons stated in the Summary Judgment Order, this Court enters Final Judgment as follows, for which let execution issue forthwith.

1. Final Judgment is hereby entered in favor of plaintiff, David M. Levine, as the Court-appointed receiver (the "Receiver") for SunState FX, Inc. ("SunState"), and against Defendants on all counts, Counts I through and including V, of the Receiver's Amended Complaint.

2. The transfer of the $3.5 million, as more fully set forth in the Amended Complaint, to Defendants Tranquil, Peaceful, and Serenity is hereby set aside and avoided for the benefit of the SunState receivership estate.

3. The Receiver is hereby granted judgment against Defendants jointly and severally in the amount of $3,500,000.00 plus interest, from May 16, 2000, the date of the transfer, at the rate of 10 % for 2000, 11 % for 2001, 9 % for 2002, 6 % for 2003, and 7 % for 2004, in the amount of $1,155,791.70, for a total of $4,655,791.70 (plus costs to be taxed upon separate motion), for which let execution issue forthwith.

4. The Colorado real property known as the Redstone Castle, located in Redstone, Colorado (58 Redstone Boulevard, Redstone, Colorado 81623), more particularly described in Exhibit A, attached hereto, is hereby impressed with a constructive trust and an equitable lien in favor of the Receiver for the benefit of SunState's investors.

5. Title to the Redstone Castle is hereby deemed vested in and transferred as of this date from Defendants, thereby extinguishing title in their names, to David M. Levine, as the Court-appointed receiver for SunState FX, Inc., to be sold for the benefit of SunState's investors. Any and all parties in title, possession, custody, or control of the Redstone Castle are hereby directed to transfer such possession, custody, control, or title immediately to the Receiver. The Receiver is further authorized, to the extent necessary, to institute legal proceedings in the State of Colorado to effectuate the terms of this Final Judgment (including foreclosure proceedings).

6. This Court retains jurisdiction to enforce the terms of this Final Summary Judgment.

All amounts received by the Receiver upon disposition of the Redstone Castle shall reduce the amount due and owing from Defendants set forth in paragraph 3 above. The Clerk of Court shall close this case and DENY any pending motions as Moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 5 day of March, 2004.

HONORABLE KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Jeffrey C. Schneider, Esq.
Harvey A. Steinberg, Esq.

Martin J. O'Fallon,
Registered Agent, Peaceful Options, LLC and Serenity Options, LLC

Norman Schmidt,
Registered Agent, Tranquil Options, LLC and Reserve Foundation, LLC

::ODMA\MHODMA\MIAMI;395992;1

3